IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE HAND PRODUCTIONS, INC.,

        Plaintiff,

v.                                         Civ. No. 10-0516 WJ/CG

WESTSIDE BEST, L.L.C.,

        Defendant.

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**THIS MATTER** is before the Court sua sponte. Defendant was served on June 2, 2010, and its Answer was due by June 23, 2010. *Returned Summons* (Doc. 4). To date, no Answer has been filed and there has been no other activity in this case.

The inherent power of the Court to dismiss for lack of prosecution is well-established. *AdvantEdge Bus. Grp. v. Thomas E. Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009). Here, Defendant's deadline to answer has passed, but Plaintiff has failed to prosecute its claim.

**IT IS THEREFORE ORDERED** that within fourteen (14) days from the entry of this order, Plaintiff shall show cause why this case should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

_____
**THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE**